**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| VALERIE L. REAVES, | ) | C/A No.  1:13-cv-625  DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, ACTING | ) | |
| COMMISSIONER OF SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

The above referenced Social Security case is before this court upon the plaintiff's motion for attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff filed this motion on August 20, 2014.  On September 12, 2014, the parties filed a joint stipulation, stating that they agreed to a reduction in payment of attorneys fees.

**IT IS THEREFORE ORDERED** that the plaintiff's motion for attorneys fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, is hereby **GRANTED** in the amount of $7,100.00, plus $350.00 in expenses.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

September 15, 2014
Charleston, South Carolina